ORIGINAL

RECEIVED
DEC 20 2004
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

ECF

## Cover Sheet

Plaintiff(s) or Petitioner(s)

Pride Companies, L.P

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs

Name of the attorney of record: [See RCFC 83.1(c)] J. Keith Burt

Firm Name: Mayer, Brown, Rowe & Maw LLP

04-1785C

Post Office Box: N/A

Street Address: 1909 K Street, NW

City-State-Zip: Washington, DC 20006

Telephone & Facsimile Numbers: (202) 263-3208 (Telephone)
(202) 263-5208 (Fax)

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes
If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 1 6

Select only one (three digit) nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain

Please note that this suit also involves Code 514 (Taking/Other)

Government Agency Involved: D O D

See attached Sheet for three digit code.

Amount Claimed: $ 24,516,050.25

If to be determined, put the phrase "to be determined" in Amount Claimed Space.

Vaccination Date: (Vaccine Cases Only) N/A

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

May 1, 2002