ORIGINAL

ECF

FILED
DEC 2 0 2004
U.S. COURT OF
FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

PRIDE COMPANIES, L.P., )
)
Plaintiff, )
vs. )
) No. 04-1785C
THE UNITED STATES, )
)
Defendant. )

**NOTICE OF DIRECTLY-RELATED CASE**

Pursuant to RCFC 40.2(a), Plaintiff, Pride Companies, L.P. ("Pride"), hereby files notice of a directly-related case. The above-captioned case is directly related to an earlier-filed case, *Pride Companies, L.P. v. United States*, No. 95-597C (Fed. Cl. May 10, 2000) (Hodges, J.). As set forth in RCFC 40.2(a), both cases "involve the same parties and are based on the same or similar claims." Both cases involve essentially identical military fuel contracts with the Defense Energy Support Center, albeit entered several years apart, and both cases involve a challenge to the legality of an essentially identical pricing clause.

Respectfully submitted,

J. Keith Burt

J. Keith Burt
Mayer, Brown, Rowe & Maw, LLP
1909 K Street, N.W.
Washington, D.C. 20006
(202) 263-3208 (phone)
(202) 263-5208 (fax)

Attorneys for Pride Companies, L.P.

*Of Counsel:*

Michael J. Farley
Mayer, Brown, Rowe & Maw, LLP
1909 K Street, N.W.
Washington, D.C. 20006

David Caddell, Esq.
Pride Companies, L.P.
1209 North Fourth Street
Abilene, Texas 79602

December 20, 2004