IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PRIDE COMPANIES, L.P.,<br><br>Plaintiff,<br>vs.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 04-1785C<br>(Chief Judge Damich) |

**STATUS REPORT**

Plaintiff, Pride Companies, L.P. ("Pride"), on behalf of both Pride and Defendant, the United States, respectfully submits this Status Report concerning *Tesoro Hawaii Corporation, et al. v. United States*, No. 04-5064 (Fed. Cir. Apr. 26, 2005), *petition for reh'g en banc denied*, No. 04-5064 (Fed. Cir. Aug. 22, 2005). Pride is evaluating the *Tesoro* decision in order to determine how it seeks to proceed in this matter. The parties propose to file a status report within twenty-one days advising the Court how they propose to proceed.

Respectfully submitted,

s/ J. Keith Burt

J. Keith Burt
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, D.C. 20006
(202) 263-3208 (phone)
(202) 263-5208 (fax)

Attorneys for Pride Companies, L.P.

*Of Counsel:*

David Caddell, Esq.
Pride Companies, L.P.
1209 North Fourth Street
Abilene, Texas 79602

September 12, 2005