# In the United States Court of Federal Claims

No. 04-1785 C
(Filed: September 20, 2005)

**********************************
**PRIDE COMPANIES, L.P.,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
**********************************

## ORDER

In light of recent developments in *Tesoro Hawaii Corp. V. United States*, 405 F.3d 1339, *petition for reh'g en banc denied*, No. 04-5064 (Fed. Cir. Aug. 22, 2005), and in the interests of proceeding with this case, the Court Orders the following:

- The Stay in this case is hereby lifted.

- The deadline for filing an Amended Complaint shall be **October 4, 2005.**

- The parties shall submit a Joint Status Report by **October 11, 2005**, wherein the parties identify all of the remaining issues and how each party proposes to proceed. Specifically, in the event that Defendant intends to file a dispositive motion, Defendant shall identify the nature of and grounds for such motion. In addition, and if Plaintiff believes discovery will be necessary to respond to any such motion, Plaintiff shall state with particularity the scope and proposed time-frame for such discovery.

- At a later time, the Court will contact the parties to schedule a mutually convenient date for a Status Conference.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge