IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PRIDE COMPANIES, L.P., | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 04-1785C |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION TO STAY PROCEEDINGS**
**PENDING RESOLUTION OF SETTLEMENT DISCUSSIONS**

Plaintiff, Pride Companies, L.P. ("Pride"), respectfully requests that the Court stay further proceedings in this case for thirty days pending resolution of settlement discussions between the parties. If successful, settlement discussions could obviate the need for further proceedings in this matter. Defendant does not oppose this motion.

Respectfully submitted,

s/ J. Keith Burt

J. Keith Burt
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, D.C. 20006
(202) 263-3208 (phone)
(202) 263-5208 (fax)

Attorneys for Pride Companies, L.P.

*Of Counsel:*

David Caddell, Esq.
Pride Companies, L.P.
1209 North Fourth Street
Abilene, Texas 79602

October 4, 2005