# In the United States Court of Federal Claims

No. 04-1785 C
(Filed: October 7, 2005)

| | |
|---|---|
| ********************************** | |
| **PRIDE COMPANIES, L.P.,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| ********************************** | |

**ORDER**

On October 4, 2005, Plaintiff filed an unopposed Motion to Stay Proceedings in this case for 30 days pending the resolution of settlement discussions. Plaintiff stated that these discussions could eliminate the need for further proceedings in this matter. In light of the parties' request for a brief stay, so that they may continue in their efforts to resolve this matter, Plaintiff's Motion is GRANTED. The following is hereby **ORDERED**:

- This case is stayed until **November 7, 2005.**

- The parties shall submit a Joint Status Report on or before **November 14, 2005**, informing the Court of the status of the settlement discussions. In the event that the parties have not reached an agreement by this time, the parties shall provide the Court with details relating to the discussions held thus far, including the dates, locations, and the individuals present at the discussions. In addition, the parties shall submit a proposal on how they recommend proceeding in the case.

s/ Nancy B. Firestone
EDWARD J. DAMICH
By: NANCY B. FIRESTONE
Acting Chief Judge