IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PRIDE COMPANIES, LP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1785C |
| | ) | (Judge Damich) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION TO CONTINUE STAY OF PROCEEDINGS PENDING RESOLUTION OF SETTLEMENT DISCUSSIONS**

Plaintiff, Pride Companies, LP, respectfully requests that the Court extend the existing stay of proceedings for an additional thirty days. Proceedings have been stayed pending resolution of settlement discussion between the parties. The parties have made substantial progress in their settlement discussions and believe that, if reached, a settlement would obviate the need for further proceedings. Defendant does not oppose this motion.

Respectfully submitted,

s/ J. Keith Burt

J. Keith Burt
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, DC 20006
(202) 263-3208 (phone)
(202) 263-5208 (fax)

Counsel for Plaintiff,
Pride Companies, LP

November 14, 2005